**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. REED, | No. C 04-00228 WWS |
| Plaintiff, | **ORDER VACATING HEARING DATE** |
| v. | |
| JAMES A. PETERSON, et al. | |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), and by agreement of the parties, the hearing on the defendants' motions to dismiss, which were noticed for Thursday, June 30, 2005, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 27, 2005

/s/
WILLIAM W SCHWARZER
UNITED STATES DISTRICT JUDGE